UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
CHRISTOPHER DARLING, et al., :
:
Plaintiffs, :
: 20-CV-676 (JMF)
-v- :
: ORDER
NORTHERN TOOL & EQUIPMENT COMPANY, INC., :
et al., :
:
Defendants. :
X
--------------------------------------------------------------------

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order of January 29, 2020, the parties are required to file a joint letter, the contents of which are described in that Order, as well as a jointly proposed Civil Case Management Plan and Scheduling Order.  *See* ECF No. 12.  The initial pretrial conference is currently scheduled for June 17, 2020, making those joint materials due June 11, 2020.  Yesterday, the parties filed a jointly proposed Civil Case Management Plan and Scheduling Order but neglected to file the joint letter described in the Court's Order.

      Accordingly, the parties must file a joint letter, containing all of the required information, no later than **June 11, 2020**.

      SO ORDERED.

Dated: June 10, 2020
      New York, New York                                     JESSE M. FURMAN
                                                         United States District Judge